UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIC BROWN and
VIRGINIA W. BROWN                                                                                    PLAINTIFFS

VS.                                                                                             CIVIL ACTION NO.
                                                                                                5:07-cv-00061-DCB-JMR

WILKINSON COUNTY, MISSISSIPPI, AND
CHRISTOPHER JAMES, INDIVIDUALLY,
AND IN HIS CAPACITY AS DEPUTY SHERIFF
OF WILKINSON COUNTY, MISSISSIPPI, AND
JOHN DOES A THROUGH G                                                                     DEFENDANTS

## AGREED ORDER

This matter having come on for consideration on the *Ore Tenus* Motion of Defendants, Wilkinson County, Mississippi, and Christopher James, Individually and In His Capacity as Deputy Sheriff of Wilkinson County, Mississippi, to enlarge the time period by two days for them to file their response to Plaintiffs' Motion to Remand, and the Court having been advised that Plaintiffs do not oppose said Motion, finds that the Motion is well taken and is hereby sustained. It is, therefore,

ORDERED AND ADJUDGED that Defendants will have until Wednesday, April 18, 2007 to file their response to Plaintiffs' Motion to Remand.

This the 23rd day of April, 2007.

    s/ David Bramlette
U.S. DISTRICT COURT JUDGE

Agreed to:


/s/ Everett T. Sanders
Everett T. Sanders
Attorney for Defendants


/s/ Wayne Dowdy

Wayne Dowdy,
Attorney for Plaintiffs